## G. P. YOAKAM v. J. C. HOWSER, *et al.*

*Per Curiam:* The questions in this case from the same court are similar to those in the foregoing case, and under that authority the order of the district court will be reversed.